Sullivan, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X    Civil Action No. 08 CV 5354 (RJS)

JASON RUSSELL,

                Plaintiff,

    -against-

MIMEO INC., ADAM SLUTSKY and THOMAS
KARRAT,

                Defendants.
----------------------------------------------------------X

**STIPULATION EXTENDING TIME TO ANSWER**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/3/08

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for plaintiff and defendants, that the time for defendants MIMEO INC., ADAM SLUTSKY and THOMAS KARRAT, to respond to the plaintiff's Verified Complaint, or to otherwise move with respect to this action, is hereby extended to and including **August 8, 2008**;

IT IS FURTHER STIPULATED AND AGREED that a facsimile copy of this Stipulation shall have the same binding effect as an original thereof.

Dated: Valhalla, New York
       June 27, 2008

SARAH FERN MEIL, ESQ.

By: _____
    Sarah Fern Meil
*Attorneys for Plaintiff*
19 Bridge Street
Post Office Box 426
Stockton, NJ 08559
(609) 397-4333
sarahfern@sfmesq.com

KAUFMAN BORGEEST & RYAN LLP

By: _____
    Brian M. Sher
*Attorneys for Defendants*
200 Summit Lake Drive
Valhalla, New York 10595
(914) 741-6100
bsher@kbrlaw.com

SO ORDERED
Dated: 7/3/08

RICHARD J. SULLIVAN
U.S.D.J.