AO 440 (Rev. 10/93) Summons in a Civil Action

**RETURN OF SERVICE**

| | |
|---|---|
| SERVICE OF: | **SUMMONS, VERIFIED COMPLAINT** |
| EFFECTED (1) BY ME: | **MALGORZATA SLADEK** |
| TITLE: | **PROCESS SERVER**    DATE: **06/18/2008 03:30PM** |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

MIMEO, INC.

Place where served:

460 PARK AVENUE SOUTH  8TH FLOOR NEW YORK NY

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

NEO NKHEREANYE

Relationship to defendant: MANAGING AGENT

Description of person accepting service:

SEX: F__ AGE: 21-35   HEIGHT: 5'4"-5'8"   WEIGHT: 131-160 LBS.   SKIN: BLACK   HAIR: BLACK   OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____ . ___       SERVICES $ _____ . ___       TOTAL $ _____ . ___

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 06 / 18 / 20 08

SIGNATURE OF MALGORZATA SLADEK
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

06-18-08

JANIRA SANTIAGO VELEZ
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires April 24, 2012

| | |
|---|---|
| ATTORNEY: | SARAH FERN MEIL |
| PLAINTIFF: | JASON RUSSELL |
| DEFENDANT: | MIMEO, INC., ET ALS |
| VENUE: | DISTRICT |
| DOCKET: | 08 CV 5354 |

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

TZ