| AO 440 (Rev. 10/93) Summons in a Civil Action | **RETURN OF SERVICE** |
|---|---|
| SERVICE OF: **SUMMONS, VERIFIED COMPLAINT** | |
| EFFECTED (1) BY ME: **MALGORZATA SLADEK** | |
| TITLE: **PROCESS SERVER** | DATE: **06/18/2008 03:30PM** |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

THOMAS KARRAT

Place where served:

460 PARK AVENUE SOUTH  8TH FLOOR NEW YORK NY

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

NEO NKHEREANYE

Relationship to defendant: MANAGING AGENT

Description of person accepting service:

SEX: F__  AGE: 21-35__  HEIGHT: 5'4"-5'8"__  WEIGHT: 131-160 LBS.__  SKIN: BLACK__  HAIR: BLACK__  OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

## STATEMENT OF SERVER

TRAVEL $ _____.___        SERVICES $ _____.___        TOTAL $ _____.___

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 06 / 18 / 20 08

SIGNATURE OF MALGORZATA SLADEK
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

06-18-08

J.S. Velez

JANIRA SANTIAGO VELEZ
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires April 24, 2012

ATTORNEY: SARAH FERN MEIL
PLAINTIFF: JASON RUSSELL
DEFENDANT: MIMEO, INC., ET ALS
VENUE: DISTRICT
DOCKET: 08 CV 5354

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.