UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

JASON RUSSELL,

        Plaintiff,

    vs.

MIMEO INC., ADAM SLUTSKY, JOHN DELBRIDGE
and THOMAS KARRAT,

        Defendants.

------------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

**Civil Action No.  08 CV 5354 (RJS)**

To all parties and their attorneys of record:

        PLEASE TAKE NOTICE that the undersigned appears in the above referenced actions as counsel for Defendants Mimeo Inc., Adam Slutsky, John Delbridge and Thomas Karrat.

Dated: New York, New York
      July 15, 2008

                                Respectfully submitted,

                                KAUFMAN BORGEEST & RYAN LLP

                                Joan M. Gilbride
                                jgilbride@kbrlaw.com
                                Kaufman Borgeest & Ryan LLP
                                99 Park Avenue, 19th Floor
                                New York, NY  10016
                                (212) 980-9291
                                Attorneys for Defendants
                                MIMEO INC., ADAM SLUTSKY and
                                THOMAS KARRAT

To:     Sarah Fern Meil, Esq.
        19 Bridge Street
        P.O. Box 426
        Stockton, New Jersey 08559
        Tel. (609) 397-4333