UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



JASON RUSSELL,

               Plaintiff,

-v-

MIMEO, INC. *et al.*,

               Defendants.

No. 08 Civ. 5354 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of the defendants' letter, dated August 8, 2008, requesting a pre-motion conference on defendants' anticipated motion to compel arbitration. The Court is also in receipt of plaintiff's letter in response, dated August 13, 2008.

    The Court shall hold a pre-motion conference on Tuesday, August 26, 2008 at 9:30 a.m. in Courtroom 21C, United States District Court, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated:    August 15, 2008
             New York, New York

                                            RICHARD J. SULLIVAN
                                            UNITED STATES DISTRICT JUDGE