UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JASON RUSSELL,

                Plaintiff,

-v-

MIMEO, INC. *et al.*,

                Defendants.



No. 08 Civ. 5354 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    At the conference on August 26, 2008, the Court adopted the following schedule:

    The parties shall confer regarding discovery and submit a joint letter to the Court on or before September 10, 2008. In that letter, the parties should outline for the Court the discovery exchanged, and address what further discovery and/or submissions, if any, are needed. The parties should also inform the Court of the progress of settlement discussions.

SO ORDERED.

Dated:    August 26, 2008
             New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE